### James H. Brown v. George P. Blanchard.

*Counsel fees.*

Counsel fees cannot be taxed where there is no appearance of counsel.

Motion for retaxation of costs. Submitted January 7. Granted January 8, by allowing an item for counsel fee to be struck out.

*J. W. Ransom* for the motion.

*D. E. Corbitt* against.

Per Curiam. The allowance for counsel fees is erroneous, because there had been no appearance of counsel. Supreme Court Rule 48.